No. 43046.—Protests 161520–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of filet laces, lace window curtains, Normandy laces, and embroidered articles similar to those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), *Billwiller* v. *United States* (T. D. 44911), *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), and *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544). The claim as embroidered at 75 percent under paragraph 1430 was therefore sustained.

No. 43047.—Protests 373326–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel lace window curtains similar to those the subject of *Billwiller* v. *United States* (T. D. 44911) and filet articles like those passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430. Artificial flowers of the same character as those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.

No. 43048.—Protests 979921–G, etc., of Hutzler Bros. Co. et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 43049.—Protests 819703–G, etc., of Wm. Shaland (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of paperweights plated with silver similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 50 percent under paragraph 339 was therefore sustained.

No. 43050.—Protests 836221–G, etc., of Wm. X. Huber Co. et al. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the household utensils in question are not plated nor composed of gold, silver, or platinum. The claim at 40 percent under paragraph 339 was sustained on the authority of Abstract 39482.

No. 43051.—Protests 836794–G, etc., of American Import Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the household utensils in question are not plated nor composed of gold, silver, or platinum. The claim at 40 percent under paragraph 339 was sustained on the authority of Abstract 39482.